[No. 43673-2-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
SHEPARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-00504-2, Mary Wicks Brucker, J., entered
November 2, 1998. *Remanded* by unpublished per curiam
opinion.

[No. 43737-2-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE
REED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03551-1, Donald D. Haley, J., entered
October 2, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 43739-9-I.    Division One.    July 6, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PERCELL TY
WOODARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04710-7, Harriett M. Cody, J., entered
October 29, 1998. *Reversed* by unpublished per curiam
opinion.

[No. 44014-4-I.    Division One.    July 6, 1999.]

*In the Matter of the Marriage of* JUDY A. DAMMARELL,
*Respondent*, and DOUGLAS F. DAMMARELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-3-00853-5, Jeffrey M. Ramsdell, J., entered
December 15, 1998. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Agid, A.C.J., and Coleman, J.